IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WISE JUSTICE, | |
| Petitioner, | CIVIL ACTION NO. 3:13-CV-1964 |
| v. | (JUDGE CAPUTO) |
| MARIROSA LAMAS, *et al.*, | (MAGISTRATE JUDGE BLEWITT) |
| Respondents. | |

## ORDER

**NOW**, this 5TH day of September, 2014, upon review of the Report and Recommendation of Magistrate Judge Blewitt (Doc. 18) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 18) is **ADOPTED.**

(2) Respondent's Motion to Dismiss (Doc. 14) is **GRANTED**.

(3) Petitioner's Habeus Petition (Doc. 1) is **DISMISSED as untimely**.

(4) The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge